```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

|   |   |
|---|---|
| JONATHAN K. YU | : |
|  | : |
| v. | :  Civil Action No. DKC 11-3472 |
|  | : |
| KEVIN B. WILSON LAW OFFICES, et al. | : |

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 23rd day of January, 2013, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion for summary judgment filed by Defendants Kevin B. Wilson Law Offices, Rhonda Clark, and Patricia Staples (ECF No. 15) BE, and the same hereby IS, GRANTED;

2. The motion for summary judgment filed by Plaintiff Jonathan Yu (ECF No. 12) BE, and the same hereby IS, DENIED;

3. Judgment BE, and the same hereby IS, ENTERED in favor of Defendants Kevin B. Wilson Law Offices, Rhonda Clark, and Patricia Staples and against Plaintiff Jonathan Yu on Count I of the Complaint; and

4. The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties and CLOSE this case.

/s/<br>
DEBORAH K. CHASANOW<br>
United States District Judge